# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-207-RJC-DCK

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA and SCHAEFER SYSTEMS INTERNATIONAL, INC., | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | )<br>)<br>) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by R. Steven DeGeorge, concerning Robert S. Marshall on May 6, 2015. Mr. Robert S. Marshall seeks to appear as counsel *pro hac vice* for Plaintiff Mitsui Sumitomo Insurance Company of America. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.** Mr. Robert S. Marshall is hereby admitted *pro hac vice* to represent Plaintiff Mitsui Sumitomo Insurance Company of America.

**SO ORDERED**.

Signed: May 7, 2015

David C. Keesler
United States Magistrate Judge