IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-207-RJC-DCK

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA and SCHAEFER SYSTEMS INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 15) filed by Mark A. Michael, concerning W. Gray Dunlap, Jr. on June 19, 2015. Mr. W. Gray Dunlap, Jr. seeks to appear as counsel *pro hac vice* for Defendant Travelers Property Casualty Company of America. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 15) is **GRANTED.** Mr. W. Gray Dunlap, Jr. is hereby admitted *pro hac vice* to represent Defendant Travelers Property Casualty Company of America.

Signed: June 22, 2015

David C. Keesler
United States Magistrate Judge