**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:15-CV-207-RJC-DCK**

| | | |
|---|---|---|
| MITSUI SUMITOMO INSURANCE | ) | |
| COMPANY OF AMERICA and | ) | |
| SCHAEFER SYSTEMS | ) | |
| INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRAVELERS PROPERTY CASUALTY | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Entry Of Consent Protective Order" (Document No. 29) filed April 15, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Entry Of Consent Protective Order" (Document No. 29) is **GRANTED**.

**SO ORDERED**.

Signed: April 18, 2016

David C. Keesler
United States Magistrate Judge