UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-00207-RJC-DCK

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA, and SCHAEFER SYSTEMS INTERNATIONAL, INC. <br><br> Plaintiffs, <br><br> v. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br> Defendant. | ORDER |

**THIS MATTER** comes before the Court on Defendant's Motion for Partial Reconsideration, pursuant to Fed. R. Civ. P. 54(b), (Doc. No. 68), and accompanying memorandum, (Doc. No. 69); Plaintiffs' Memorandum in Opposition, (Doc. No. 71); and Defendant's Reply, (Doc. No. 72).

Defendant asks the Court to reconsider and vacate the portion of the March 29, 2017, Order granting summary judgment to Plaintiffs. After review of that Order, the Court finds that Defendant has not established sufficient grounds to revise it.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Partial Reconsideration, (Doc. No. 68), is **DENIED**.

Signed: June 1, 2017

Robert J. Conrad, Jr.
United States District Judge