# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Mitsui Sumitomo Insurance Company, and Schaefer Systems International inc.** ) ) ) ) | JUDGMENT IN CASE | |
| Plaintiff(s) ) | 3:15cv207 | |
| , ) ) | | |
| vs. ) | | |

Travelers Property Casualty Company of America**,**

Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 18, 2017 Order.

September 18, 2017

_____
Frank G. Johns, Clerk
United States District Court